No. 291. EQUITABLE LIFE INSURANCE. Co. *v.* HALSEY, STUART & Co. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Joseph G. Gamble* and *Alden B. Howland* for petitioner. *Messrs. Edward R. Johnston*

and *Floyd E. Thompson* for respondent.

